UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NCL (BAHAMAS) LTD.<br>d/b/a NORWEGIAN CRUISE LINE,<br><br>**Plaintiff,**<br><br>V.<br><br>O.W. BUNKER USA INC. AND KELLY BEAUDIN STAPLETON, LIQUIDATING TRUSTEE OF THE OWB USA LIQUIDATING TRUST,<br><br>**Defendants.** | CASE NO. 3:17-CV-01327 (CSH)<br><br><br><br><br><br>DECEMBER 15, 2017 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants O.W. BUNKER USA INC. and KELLY BEAUDIN STAPLETON, AS LIQUIDATING TRUSTEE OF THE OWB USA LIQUIDATING TRUST, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the *Ruling on Plaintiff's Motion to Stay or Enjoin Arbitration* [Doc. 47] and *Preliminary Injunction Order* [Doc. 48], both entered in the above-captioned case on November 29, 2017, which concluded that "NCL is entitled to a preliminary injunction enjoining the arbitration in London demanded by O.W. USA and that company's Liquidating Trustee" [Doc. 47] and enjoined Defendants "from initiating, attempting to initiate, continuing, proceeding with, or otherwise pursuing arbitration in London with respect to the bunkers invoice from O.W. Bunker USA, Inc. to NCL regarding the delivery of bunkers to the M/V NORWEGIAN SPIRIT by EKO in Piraeus, Greece, on October 18, 2014" [Doc. 48].

Dated: December 15, 2017

    Respectfully submitted,

    */s/ Robert E. O'Connor*
    Michael R. Enright, Esq. (ct10286)
    Patrick M. Birney, Esq. (ct19875)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT  06103
    Telephone:     (860) 275-8290
    Facsimile:      (860) 275-8299
    menright@rc.com
    pbirney@rc.com

    - and -

    Davis Lee Wright, Esq. (ct30344)
    Robert E. O'Connor (admitted *pro hac vice*)
    MONTGOMERY, McCRACKEN,
        WALKER & RHOADS, LLP
    437 Madison Avenue, 29th Floor
    New York, NY 10022
    Telephone:     (212) 867-9500
    Facsimile:      (212) 599-5085
    dwright@mmwr.com
    roconnor@mmwr.com

    *Counsel for Defendants O.W. Bunker USA Inc. and Kelly Beaudin Stapleton, as Liquidating Trustee of the OWB USA Liquidating Trust*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                      */s/ Robert E. O'Connor*
                                                                                      Robert E. O'Connor