UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINE,<br><br>    Plaintiff,<br><br>  v.<br><br>O.W. BUNKER USA, INC. and KELLY BEAUDIN STAPLETON, Liquidating Trustee of the OWB USA Liquidating Trust,<br><br>    Defendants. | Civil Action No.<br>3:17-CV-1327 (CSH)<br><br><br><br><br>JANUARY 7, 2020 |

**MEMORANDUM**

**HAIGHT, Senior District Judge:**

The Court refers to the status report letter dated December 6, 2019 [Doc. 91], from counsel for Norwegian (Bahamas) Ltd, which recited the agreement to its substance of all other counsel of record.

I commend all counsel for their efforts and accomplishments, literally international in scope, in expanding the record in this important case. According to counsel's letter at 1: "The parties do not contemplate at this time the need for obtaining further evidence from foreign jurisdictions."

Counsel state that the next litigation step the Court should anticipate is a renewed motion by Norwegian (Bahamas) Ltd. "to stay or enjoin the London arbitration." That motion, when made, will either persuade the other parties, or they will oppose it and submit appropriate papers. The other parties, counsel also advise, are in the process of "determining what other actions, if any, may be necessary." Time will tell if such a need is perceived by any party.

For the present, the Court is content to await further submissions by any and all counsel. If I do not hear from anyone for four months, you will hear from me.

It is SO ORDERED.

Dated:   New Haven, Connecticut
             January 7, 2020

                                                            /s/Charles S. Haight, Jr.
                                                            CHARLES S. HAIGHT, JR.
                                                            Senior United States District Judge