UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NCL (BAHAMAS) LTD., d/b/a<br>NORWEGIAN CRUISE LINE,<br><br>Plaintiff,<br><br>v.<br><br>O.W. BUNKER USA, INC. and KELLY BEAUDIN STAPLETON, Liquidating Trustee of the OWB USA Liquidating Trust<br><br>Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No.<br>3:17-cv-1327 (CSH) |

* * * * * * * *

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT come Plaintiff, NCL (Bahamas) Ltd., and Defendants, O.W. Bunker USA, Inc. and Kelly Beaudin Stapleton, Liquidating Trustee of the OWB USA Liquidating Trust, who advise this Honorable Court that the Parties have agreed to a settlement of all claims herein subject to execution of the required releases and final settlement agreement. Accordingly, the Parties respectfully request that the hearing scheduled for tomorrow, Tuesday, October 19, be cancelled.

Respectfully submitted,

*s/ Stephen Brown (ct19876)*
Stephen P. Brown
Connecticut Bar No.: ct19876
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
101 Washington Boulevard
Stamford, CT  06901
Telephone:  203-388-9100
Facsimile:  203-388-9101
Stephen.brown@wilsonelser.com

H. Jake Rodriguez (LA Bar No. 27867)
Michael A. Harowski (LA Bar No. 30543)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
Telephone:  504-702-1710
Fax:  504-702-1715
Jake.rodriguez@wilsonelser.com
Michael.harowski@wilsonelser.com
*Attorneys for Plaintiff, NCL (Bahamas) Ltd.*

AND

*/s/ Michael R. Enright*
Michael R. Enright, Esq. (ct10286)
Patrick M. Birney, Esq. (ct19875)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: (860) 275-8290
Facsimile: (860) 275-8299
menright@rc.com
pbirney@rc.com

- and –

Davis Lee Wright, Esq. (ct30344)
ROBINSON & COLE LLP
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
dwright@rc.com

- and –

Robert E. O'Connor (admitted *pro hac vice*)
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 867-9500
Facsimile: (212) 599-5085
roconnor@mmwr.com
*Counsel for Defendants O.W. Bunker USA Inc. and Kelly Beaudin Stapleton, as Liquidating Trustee of the OWB USA Liquidating Trust*

2

260681423v.1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Stephen P. Brown (ct19876)*
Stephen P. Brown